

**FILED**

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 06-0185

FILED

DEC 20 2022

Bowen Greenwood
Clerk of the Supreme Court
State of Montana

IN THE MATTER OF AN APPOINTMENT TO THE
SENTENCE REVIEW DIVISION OF THE
MONTANA SUPREME COURT

O R D E R

The term of the Honorable Jessica Fehr as a member of the Sentence Review Division of the Montana Supreme Court expires on December 31, 2022. The Court thanks Judge Fehr for her service to the Commission, the Court, and the people of Montana.

Pursuant to § 46-18-901, MCA, the expiration of the term of Judge Fehr requires the Chief Justice of this Court to appoint a new member to the Sentence Review Division. Judge Fehr has expressed an interest in being reappointed. Therefore, and with the consent of the appointee,

IT IS ORDERED that the Honorable Jessica Fehr of the Thirteenth Judicial District Court is reappointed as a member to the Sentence Review Division for a term of three years, expiring December 31, 2025.

The Clerk is directed to provide copies of this Order to the Honorable Jessica Fehr, all members of the Sentence Review Division, Shelly Smith, Office Administrator to the Sentence Review Division, all Montana District Court Clerks, and the State Bar of Montana.

DATED this 20 day of December, 2022.

For the Court,

Chief Justice